**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6362**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JORGE PETTER,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:06-cr-00162-RAJ-JEB-1)

———————

Submitted:  September 25, 2025                  Decided:  September 30, 2025

———————

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jorge Petter, Appellant Pro Se. Amanda L. Cheney, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Petter appeals the district court's order denying his 18 U.S.C. § 3582(c)(1) motion for compassionate release. We have reviewed the record and find no abuse of discretion. *See United States v. Bethea*, 54 F.4th 826, 831 (4th Cir. 2022) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Petter*, No. 2:06-cr-00162-RAJ-JEB-1 (E.D. Va., Apr. 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*